FRANCIS O'BRIEN, *ET ALS.*, PLAINTIFFS-RESPONDENTS,
v. DADE BROS., INC., A CORPORATION OF NEW YORK,
DEFENDANT-APPELLANT, AND MARINE WAREHOUSE-
MEN'S LOCAL NO. 1478, ETC., DEFENDANT.

Decided May 23, 1955.

464

*Mr. Thomas J. Brogan* argued the cause for the appellant.

*Mr. Wallace P. Berkowitz* argued the cause for the respondents (*Mr. Sherwin D. Lester,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.